UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL K. CHESTANG, | No. 2:13-cv-2504 CKD P |
| Plaintiff, | |
| v. | ORDER |
| TRUSTEES, | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this action brought pursuant to 42 U.S.C. § 1983. Plaintiff has consented to this court's jurisdiction pursuant to 28 U.S.C. § 636(c) and Local Rule 302. By order filed February 12, 2014, plaintiff's complaint was dismissed for failure to state a claim. (ECF No. 7.) Plaintiff was granted leave to file an amended complaint, which is now before the court.

The court is required to screen complaints brought by prisoners seeking relief against a governmental entity or officer or employee of a governmental entity. 28 U.S.C. § 1915A(a). The court must dismiss a complaint or portion thereof if the prisoner has raised claims that are legally "frivolous or malicious," that fail to state a claim upon which relief may be granted, or that seek monetary relief from a defendant who is immune from such relief. 28 U.S.C. § 1915A(b)(1),(2).

Having reviewed the amended complaint, the undersigned concludes that it fails to cure the deficiencies of the original complaint as discussed in the screening order of February 12,

2014. As it appears that another opportunity to amend the complaint would be futile, the court will dismiss the amended complaint and close this case.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The first amended complaint (ECF No. 10) is dismissed for failure to state a claim; and

2. The Clerk of Court is directed to close this case.

Dated: March 11, 2014

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / ches2504.fac_ord